IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA MOSES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | NO. 19-2587 |

## ORDER

**AND NOW**, this 16th day of December, 2020, this Court having ordered, in an Order filed contemporaneously with this one, that Petitioner Joshua Moses's Objections to the Report and Recommendation of United States Magistrate Judge Timothy R. Rice are overruled, the Report and Recommendation is approved and adopted, and Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 is dismissed, **IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** in favor of the Commonwealth of Pennsylvania.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.